No. 825. Woodby v. Immigration and Naturalization Service. C. A. 6th Cir. Certiorari granted and case set for oral argument immediately following No. 1090. Mr. Justice Stewart took no part in the consideration or decision of this petition. *Sidney G. Kusworm, Sr.,* for petitioner. *Solicitor General Marshall* for respondent.

No. 1090. Sherman v. Immigration and Naturalization Service. C. A. 2d Cir. Certiorari granted. *Joseph Forer* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for respondent.

No. 1093. Parker v. Gladden, Warden. Sup. Ct. Ore. Certiorari granted. *John H. Schafer* for petitioner. *Robert Y. Thornton,* Attorney General of Oregon, and *Wayne M. Thompson,* Assistant Attorney General, for respondent.

No. 700, Misc. Cooper v. California. Sup. Ct. Cal. Motion for leave to proceed *in forma pauperis* and petition for writ of certiorari to the Supreme Court of California granted. Case transferred to the appellate docket and set for oral argument immediately following No. 1156. Petitioner *pro se. Thomas C. Lynch,* Attorney General of California, and *Robert R. Granucci* and *Charles W. Rumph,* Deputy Attorneys General, for respondent.

No. 702. C. D. Draucker, Inc. v. International Union of Operating Engineers, AFL–CIO, Local Union No. 12. C. A. 9th Cir. Certiorari denied. *Carl M. Gould* and *Stanley E. Tobin* for petitioner. *Charles K. Hackler* for respondent.